IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **EDWARD R. FLYNN, et al** | : | CIVIL ACTION |
| **v.** | : | |
| **M & T BANK CORPORATION, et al** | : | NO.:  21-mc-00030 |

### O R D E R

**AND NOW**, this **26TH** day of **MARCH 2021,** in accordance with Local Civil Rule 40.1(c)(2), it is hereby

**ORDERED** that the above-captioned case is directly reassigned from the calendar of the Honorable Mark A. Kearney, to the calendar of the Honorable Wendy Beetlestone, as related to *Edward R. Flynn, et al v. Manufacturers and Trades Trust Company, et al,* Civil Action No.: 17-cv-04806.

FOR THE COURT:

JUAN R. SÁNCHEZ
Chief Judge

ATTEST:

_Kate Barkman_
**KATE BARKMAN**
Clerk of Court